UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDE STEELE,

    Petitioner,

vs.

ROBERT AYERS, JR., Warden,

    Respondent.

No. C 06-7470 PJH (PR)

**ORDER TO SUPPLEMENT HABEAS RECORD**

Petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner pled guilty to second-degree murder in 1981, and received a sentence of fifteen years to life in prison. On January 10, 2006, the Board of Parole Hearings ("Board") deemed petitioner unsuitable for parole. Petitioner challenges the Board's decision on the following grounds: (1) there was not "some evidence" to support the Board's denial of parole at the 2006 parole hearing; (2) the denial of parole was arbitrary and capricious because the parole regulations are too vague to guide discretion; and (3) the denial of parole was a breach of petitioner's plea bargain agreement, and thus a violation of his due process and equal protection rights.

The transcript taken at the time of entry of the plea in the Superior Court for Tehama County was not included in the record provided to this court. The plea colloquy may be relevant to petitioner's breach of plea agreement claim and necessary for a proper

///

///

///

analysis of petitioner's claims.  Therefore, the Attorney General is **ORDERED** to provide a copy of the plea transcript within fourteen (14) calendar days of the date of this order.

**IT IS SO ORDERED.**

Dated: August 4, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.06\STEELE7470.suppl_record.wpd

United States District Court
For the Northern District of California